UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　CASE NO: 08-20958-CR-GOLD

　　　　　　　Plaintiff,

VS.

NELSON ALBERTO ROQUE,

　　　　　　　Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION

On April 22, 2009, this matter came for hearing pursuant to this Court's order setting oral argument on the Defendant's Objections [DE 53] to Magistrate Judge McAliley's Report and Recommendation [DE 52] on Defendant's Motion to Dismiss the Indictment [DE 41]. Upon *de novo* review and the legal argument of counsel, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [**DE 52**] is hereby affirmed and adopted. It is further

**ORDERED AND ADJUDGED** that the Defendant's motion to dismiss the indictment [**DE 41**] is hereby **denied** for reasons stated of record.

**DONE AND ORDERED** at Miami, Florida, this 24th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:　AUSA Michael Sherwin
　　　AUSA Brian Dobbins
　　　Michael V. Laurato, Esquire
　　　Richard Houlihan, Esquire